**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6760**

─────────────

JUANITA POPE REID,

                              Plaintiff - Appellant,

        versus

DOCTOR DYJUAN; DOCTOR GLEN; CAPTAIN FAULK,
Lead Officer,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-99-212-AM)

─────────────

Submitted:  August 19, 1999          Decided:  August 26, 1999

─────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Juanita Pope Reid, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Juanita Pope Reid appeals the district court's order dismissing her 42 U.S.C.A. § 1983 (West Supp. 1999) complaint without prejudice for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C.A. § 1997e(a) (West Supp. 1999). Because Reid did not demonstrate to the district court that she had exhausted administrative remedies or that such remedies were not available, the court's dismissal of the action, without prejudice, was not an abuse of discretion. We therefore affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED